

# IN THE
## TENTH COURT OF APPEALS

### No. 10-10-00118-CV

### IN THE MATTER OF M.P., A JUVENILE

**From the County Court at Law
Hill County, Texas
Trial Court No. 1734**

## MEMORANDUM OPINION

This is an appeal of the denial of a writ of habeas corpus filed by a juvenile pursuant to section 54.01(q)(1) of the Texas Family Code. Tex. Fam. Code Ann. § 54.01(q) (Vernon 2009). This Court has received a letter from the State indicating that the parties have agreed to a resolution of the case.

Accordingly, this appeal is dismissed.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
Justice Reyna, and
Justice Davis
Dismissed
Opinion delivered and filed May 12, 2010
[CV06]